IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02888-CMA-MJW

AURORA BANK FSB, a Federal Savings Bank,

Plaintiff(s),

v.

HOME LOAN CENTER, INC., a California Corporation also doing business as LENDINGTREE LOANS,

Defendant(s).

---

### MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

　　It is hereby ORDERED that the Unopposed Motion for Protective Order (docket no.21) is GRANTED finding good cause shown.  The written Protective Order (docket no. 21-1) is APPROVED as amended in paragraph 18 and made an Order of Court

Date: February 15, 2013