JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aurora Commercial Corp., et al., )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>Home Loan Center, et al., )<br>)<br>Defendant(s). )<br>)<br>_____ ) | SACV 13-00780 JVS (ANx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

   The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   May 12, 2014

_____
James V. Selna
United States District Judge